IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HENCIL CANNON )
)
) **ORDER APPOINTING MEDIATOR**
vs. )
)
BURLINGTON COAT FACTORY ) 1:12CV430
OF NORTH CAROLINA, LLC )
)

It appearing to the Court that counsel for the parties have selected KENNETH P. CARLSON, JR., Esquire, by agreement, as their mediator;

IT IS ORDERED, pursuant to Local Rule 83.9d(a), that KENNETH P. CARLSON, JR., is appointed mediator in the above-entitled action.

IT IS FURTHER ORDERED, pursuant to Local Rule 83.9e(b), that the mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties.

FURTHER, when the mediated settlement conference is completed, the mediator shall submit the Report of Mediator to the Clerk, pursuant to Local Rule 83.9f.

Let copies of this order be sent to counsel for the parties and to the mediator.

This the   22nd   day of August, 2012.

/s/ John S. Brubaker
John S. Brubaker
Clerk, U. S. District Court