IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HENCIL CANNON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )    1:12CV430 |
| | ) |
| BURLINGTON COAT FACTORY OF | ) |
| NORTH CAROLINA, LLC, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**
**OF**
**REFERENCE TO A UNITED STATES MAGISTRATE JUDGE**

It appearing to the court that all parties have consented in writing, pursuant to the United States Magistrate Act of 1979 [Title 28 U.S.C. § 636(c)], to the exercise by a United States Magistrate Judge of jurisdiction in this case, and for good cause appearing to the court,

**IT IS ORDERED** that the above-entitled case is referred to United States Magistrate Judge Joi Elizabeth Peake to conduct all proceedings including a jury or nonjury trial, to order the entry of judgment, and to conduct all post-judgment proceedings therein.

                                            /s/    Thomas D. Schroeder
                                    United States District Judge

August 23, 2012